IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-879-AP

KATHERINE KIRBY,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Ruth K. Irvin, Esq.

Irvin and Irvin
1443 Spruce Street
Boulder, Colorado 80302

(303) 543-0337
(303) 543-0389 (Facsimile)
rkirvin@irvinlaw.net

For Defendant:
Michele M. Kelley
Special Assistant United States Attorney

*Mailing Address:*

1961 Stout Street, Suite 1001A
Denver, Colorado 80294
*(*303) 844-0812
(303) 844-0770 (Facsimile)
Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:**  May 13, 2005

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:**  May 27, 2005

    **C.**    **Date Answer and Administrative Record Were Filed:**  July 26, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff does not intend to submit additional evidence. Defendant intends to submit no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff states that one issue presented is somewhat unusual. This issue is whether the Administrative Law Judge had jurisdiction to change the onset date of Plaintiff's disability (that date having been established by a later application for benefits that resulted in Plaintiff's receipt of benefits) to a date less favorable to the Plaintiff without notice that this issue would be considered by the ALJ.

Defendant states that this case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

Plaintiff does not have other matters to bring to the Court's attention.  Defendant brings no other matters to the Court's attention.

**8. PROPOSED BRIEFING SCHEDULE**

     **A.**     **Plaintiff's Opening Brief Due:**  September 26, 2005

     **B.**     **Defendant's Response Brief Due:**  October 28, 2005

     **C.**     **Plaintiff's Reply Brief (If Any) Due:**  November 14, 2005

**9. STATEMENTS REGARDING ORAL ARGUMENT**

     **A.**     **Plaintiff's Statement:** Plaintiff does not request oral argument.

     **B.**     **Defendant's Statement:**  Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

     **A.**     **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     **B.**     **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only*

*upon a showing of good cause.*

DATED this 16th day of August 2005.

BY THE COURT:

s/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Ruth K. Irvin<br>RUTH K. IRVIN, ESQ.<br>Irvin and Irvin<br>1443 Spruce Street<br>Boulder, Colorado 80302<br>Telephone: (303) 543-0337<br>Facsimile: (303) 543-0389<br>rkirvin@irvinlaw.net<br><br>Attorney for Plaintiff | WILLIAM J. LEONE<br>United States Attorney<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant United States Attorney<br>1225 Seventeenth Street, Suite 700<br>Drawer 3608<br>Denver, CO  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Michele M. Kelley<br>MICHELE M. KELLEY<br>Special Assistant United States Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>michele.kelley@ssa.gov<br><br>Attorneys for Defendant |