IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00879-RPM

KATHRYN KIRBY,

                       Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

                       Defendant.

_____

ORDER DENYING MOTION TO ALTER OR AMEND
_____

     Upon consideration of the Motion to Alter or Amend Order Under Fed.R.Civ.P. 59(e) (Doc. # 25-1), filed on May 11, 2006, it is

     ORDERED that the motion is denied.

     DATED: May12th, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch
                                    Senior District Judge