IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00879-RPM

KATHRYN KIRBY,

                Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.

_____

ORDER AWARDING ATTORNEY'S FEES
_____

Upon consideration of the Unopposed Application for Attorney's Fees Under the Equal Access to Justice Act, filed August 7, 2006, and upon the finding and conclusion that the Commissioner's position in this civil litigation was not substantially justified and that the amount sought as attorney's fees is reasonable, it is

ORDERED that the motion is granted and the plaintiff is awarded attorney's fees in the amount of $2,750.00.

DATED: August 8, 2006

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch
                                      Senior District Judge